# MEMORANDUM DECISIONS.

ABBOTT, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by John J. Abbott, an infant, by Horatio S. Abbott, his guardian ad litem, against the board of education of the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

ABRAMS, Respondent, v. ST. AMANT, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Carrie N. Abrams against Samuel E. St. Amant. PER CURIAM. It was competent for the defendant to show that the bill of sale was intended merely as a security. The evidence to show this, being uncontradicted, should not have been disregarded. Judgment of the Municipal Court reversed, and new trial ordered; costs to abide the event.

ABRAMSOHN v. GOLDBERG. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Aaron Abramsohn against Harris Goldberg. No opinion. Motion granted, with $10 costs. Order filed.

ALLEN v. KNIGHTS OF COLUMBUS. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Patrick L. Allen against the Knights of Columbus. No opinion. Motion denied.

ALTONWOOD PARK CO. v. NATIONAL SURETY. CO. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by the Altonwood Park Company against the National Surety Company. No opinion. Motion granted, with $10 costs. Order filed.

AMERICAN TRANSFER CO. v. POLL. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by the American Transfer Company against George Poll. No opinion. Motion granted, with $10 costs. Order filed.

In re ANDREWS. (Supreme Court, Appellate Division, First Department. May 1, 1908.) In the matter of Blanche L. Andrews. No opinion. Motion granted, on conditions stated in memorandum. Settle order on notice.

ANDREWS v. H. & H. REINERS. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Annie Andrews, as administratrix, etc., of Joseph T. Andrews, deceased, against H. & H. Reiners. PER CURIAM. Motion for new trial denied, with costs. WOODWARD, J., dissents.

In re APPELL. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) In the matter of the application of Maxim M. Appell for admission to the bar. No opinion. Application granted.

ARMSTRONG, Appellant, v. BROWN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by John F. Armstrong against Edward Brown and another. E. V. Guinan, for appellant. L. O. Van Doren, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

AUSTIN, Respondent, v. FAOUR et al., Appellants. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Mary M. Austin against George J. Faour and others. J. A. Hodge, for appellant. H. A. Forster, for respondent. PER CURIAM. Judgment affirmed, with costs. Order filed. INGRAHAM and LAUGHLIN, JJ., dissent.

BALTIMORE & O. R. CO. v. LA DUE et al. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by the Baltimore & Ohio Railroad Company against Chas. La Due and another. No opinion. Application granted. Order signed.

BAMBERGER, Respondent, v. SUN PRINTING & PUBLISHING CO., Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Joseph J. Bamberger against the Sun Printing & Publishing Company. With this has been consolidated in this court the cases of J. J. Bamberger & Co., of O. F. Jonasson & Co., and of Charles A. Stoneham against the same defendant. F. Bartlett, for appellant. W. J. Leitch, for respondents O. F. Jonasson & Co. No opinions. Judgment affirmed, with costs, in each case, with leave to defendant to withdraw demurrers, and to answer on payment of costs in this court and in the court below. Orders filed.

BARRETT, Appellant, v. R. H. HOOD CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by William J. Barrett against the R. H. Hood Company. No opinion. Judgment and order unanimously affirmed with costs.